# UNITED STATES DISTRICT COURT
for the

District of Utah

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| **Bowser et al** | ) | Case No. 2:23-cr-00281-005 CW |
| | ) | |
| | ) | **Scott L. Rutherford** |
| *Defendant* | ) | **8701 S Gilder Ln.** |
| | ) | **Sandy UT  84093** |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States District Court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of Court

| **Place:** | U.S.Courthouse<br>351 S.West Temple<br>Salt Lake City, UT 84101 | Courtroom: | **8.4** |
|---|---|---|---|
| **Before:** | U.S. Magistrate Judge Dustin B. Pead | Date and Time: | **September 14, 2023 at 4:00 PM** |

Charging you with a violation of  18 U.S.C. 1349 and 18 U.S.C. 1343   United States Code.

This offense is briefly described as follows:

**ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD/(Conspiracy to Commit Wire Fraud)
FRAUD BY WIRE, RADIO, OR TELEVISION/(Wire Fraud)**

**Notice to Defendants:** When you receive this summons, you should contact the United States Pretrial Services Office (801-535-2700) between 8:00 a.m. and 5 p.m. to schedule an interview to provide information for a pretrial bail report. Pretrial Services will prepare a report for the Court to review at your initial appearance as part of the decision about your custody awaiting trial. You are entitled to consult with a lawyer about this process and to have your lawyer present during the interview. If you do not have counsel at this time and cannot afford an attorney, let Pretrial Services know. If you qualify financially, a referral will be made to the Utah Federal Defender to provide an attorney for the interview. **You must report to Pretrial Services at 8:00 a.m. of the date of your hearing if you have failed to call for an interview as directed.  You may be delayed for a long period of time at the court while your report is being prepared.** You are also required to report to the U.S. Marshal's Office for processing prior to your court appearance. (U.S. Courthouse, 351 S West Temple, 4th Floor, Salt Lake City, UT 801-524-5693)

Date:    July 26, 2023

*Issuing officer's signature*
By: Jennifer Jensen, Generalist Clerk

Gary P. Serdar, Clerk
*Name and title of Issuing Officer*

AO 83 (Rev. 06/09)  Summons in a Criminal Case (Page 2)

Case No.    2:23-cr-00281-001 CW

## PROOF OF SERVICE

This summons was received by me on *(date)* _____ .

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☑ The summons was returned unexecuted because: Subject was not home on delivery attempts.

I declare under penalty of perjury that this information is true.

Date returned:   8/11/2023

*Kirstin Kiernan*

*Server's signature*

Kirstin Kiernan Admin

*Printed name and title*

Remarks: