IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| USA,<br><br>      Plaintiff,<br><br>vs.<br><br>Bowser et al ,<br><br>      Defendants. | ORDER OF RECUSAL<br><br><br>Case No. 2:23-cr-00281-DAK |

      I recuse myself in this case and ask that the appropriate assignment equalization card be drawn by the clerk's office.

      DATED this __23rd__ day of May, 2025.

                                    BY THE COURT:

                                    _____
                                    Dale A. Kimball
                                    United States District Judge