IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT L. RUTHERFORD,<br><br>Defendant. | ORDER GRANTING MOTION TO TEMPORARILY RELEASE PASSPORT<br><br><br>Case No. 2:23-cr-00281<br><br>Magistrate Judge Dustin B. Pead |

Based on the motion of the defendant, Scott L. Rutherford, stipulation of the government, and for good cause appearing;

THE COURT HEREBY ORDERS the temporary release of Mr. Rutherford's expired passport to Mr. Rutherford personally or to an employee from the Federal Public Defender Office.   Mr. Rutherford must then surrender his new passport to the Court.

DATED this 16th day of March, 2026.

BY THE COURT:

_____
DUSTIN B. PEAD
United States District Court Magistrate Judge