RECEIVED

MAY 1 8 2026

OFFICE OF
HOWARD C. NIELSON, JR.

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. ASHBY, SCOTT W. BEYNON, and JORDAN S. NELSON,<br><br>Defendants. | **VERDICT FORM**<br><br>Case No. 2:23-CR-00281-HCN<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

We the jury unanimously find as to each count and as to each defendant as follows:

**COUNT 1**: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349

Christopher J. Ashby:

_____ Not Guilty

\_\_✓\_\_ Guilty

Scott W. Beynon:

_____ Not Guilty

\_\_✓\_\_ Guilty

Jordan S. Nelson:

_____ Not Guilty

\_\_✓\_\_ Guilty

**COUNT 2**: Wire Fraud, in violation of 18 U.S.C. § 1343 (July 30, 2018, Wire Transfer of approximately $515,261 for Jacksonville, Florida property by N.D.J. Living Trust)

Christopher J. Ashby:                    _____ Not Guilty

                                         \_\_✓\_\_ Guilty

Scott W. Beynon:                         _____ Not Guilty

                                         \_\_✓\_\_ Guilty

Jordan S. Nelson:                        _____ Not Guilty

                                         \_\_✓\_\_ Guilty

**COUNT 3**: Wire Fraud, in violation of 18 U.S.C. § 1343 (August 28, 2018, Wire Transfer of approximately $1,691,843.57 for Jacksonville, Florida property by Investor C.F.)

Christopher J. Ashby:                    _____ Not Guilty

                                         \_\_✓\_\_ Guilty

Scott W. Beynon:                         _____ Not Guilty

                                         \_\_✓\_\_ Guilty

Jordan S. Nelson:                        _____ Not Guilty

                                         \_\_✓\_\_ Guilty

**COUNT 4**: Wire Fraud, in violation of 18 U.S.C. § 1343 (September 11, 2018, Wire Transfer of approximately $56,251 for Jacksonville, Florida property by N.D.J. Living Trust)

Christopher J. Ashby:          _____ Not Guilty

                               \_\_✓\_\_ Guilty

Scott W. Beynon:               _____ Not Guilty

                               \_\_✓\_\_ Guilty

Jordan S. Nelson:              _____ Not Guilty

                               \_\_✓\_\_ Guilty

**COUNT 5**: Wire Fraud, in violation of 18 U.S.C. § 1343 (August 20, 2018, Wire Transfer of approximately $368,600 for Carmel, Indiana property by Blush Properties, LLC)

Christopher J. Ashby:          _____ Not Guilty

                               \_\_✓\_\_ Guilty

Scott W. Beynon:               _____ Not Guilty

                               \_\_✓\_\_ Guilty

Jordan S. Nelson:              _____ Not Guilty

                               \_\_✓\_\_ Guilty

**COUNT 6**: Wire Fraud, in violation of 18 U.S.C. § 1343 (August 28, 2018, Wire Transfer of approximately $149,300 for Carmel, Indiana property by Investor E.F.)

Christopher J. Ashby:                    \_\_\_\_\_ Not Guilty

                                         \_\_✓\_\_ Guilty

Scott W. Beynon:                         \_\_\_\_\_ Not Guilty

                                         \_\_✓\_\_ Guilty

Jordan S. Nelson:                        \_\_\_\_\_ Not Guilty

                                         \_\_✓\_\_ Guilty

**COUNT 7**: Wire Fraud, in violation of 18 U.S.C. § 1343 (September 10, 2018, Wire Transfer of approximately $289,529.60 for Carmel, Indiana property by Investors S.L. & D.L.)

Christopher J. Ashby:                    \_\_\_\_\_ Not Guilty

                                         \_\_✓\_\_ Guilty

Scott W. Beynon:                         \_\_\_\_\_ Not Guilty

                                         \_\_✓\_\_ Guilty

Jordan S. Nelson:                        \_\_\_\_\_ Not Guilty

                                         \_\_✓\_\_ Guilty

**COUNT 8**: Wire Fraud, in violation of 18 U.S.C. § 1343 (September 24, 2018, Wire Transfer of approximately $778,648.15 for Carmel, Indiana property by Investor R.D.)

Christopher J. Ashby:                           _____ Not Guilty

                                                    \_\_✓\_\_ Guilty

Scott W. Beynon:                                _____ Not Guilty

                                                    \_\_✓\_\_ Guilty

Jordan S. Nelson:                               _____ Not Guilty

                                                    \_\_✓\_\_ Guilty

**COUNT 9**: Wire Fraud, in violation of 18 U.S.C. § 1343 (January 11, 2019, Wire Transfer of approximately $88,875 for Carmel, Indiana property by Investors S.L. & D.L.)

Christopher J. Ashby:                           _____ Not Guilty

                                                    \_\_✓\_\_ Guilty

Scott W. Beynon:                                _____ Not Guilty

                                                    \_\_✓\_\_ Guilty

Jordan S. Nelson:                               _____ Not Guilty

                                                    \_\_✓\_\_ Guilty

**COUNT 10**: Wire Fraud, in violation of 18 U.S.C. § 1343 (August 29, 2018, Wire Transfer of approximately $148,999.50 for Independence, Ohio property by Maxon-Multiline, LLC.)

Christopher J. Ashby:                       _____ Not Guilty

                                            \_\_✓\_\_ Guilty

Scott W. Beynon:                            _____ Not Guilty

                                            \_\_✓\_\_ Guilty

Jordan S. Nelson:                           _____ Not Guilty

                                            \_\_✓\_\_ Guilty

**COUNT 11**: Wire Fraud, in violation of 18 U.S.C. § 1343 (September 25, 2018, Wire Transfer of approximately $579,789.12 for Independence, Ohio property by AmFil Realty, LLC.)

Christopher J. Ashby:                       _____ Not Guilty

                                            \_\_✓\_\_ Guilty

Scott W. Beynon:                            _____ Not Guilty

                                            \_\_✓\_\_ Guilty

Jordan S. Nelson:                           _____ Not Guilty

                                            \_\_✓\_\_ Guilty

**COUNT 12**: Wire Fraud, in violation of 18 U.S.C. § 1343 (September 26, 2018, Wire Transfer of approximately $148,999.50 for Independence, Ohio property by Investors P.M. & T.M.)

Christopher J. Ashby:  _____ Not Guilty

\_\_✓\_\_ Guilty

Scott W. Beynon:  _____ Not Guilty

\_\_✓\_\_ Guilty

Jordan S. Nelson:  _____ Not Guilty

\_\_✓\_\_ Guilty

**COUNT 13**: Wire Fraud, in violation of 18 U.S.C. § 1343 (September 26, 2018, Wire Transfer of approximately $876,541.50 for Independence, Ohio property by Investor G.N.)

Christopher J. Ashby:  _____ Not Guilty

\_\_✓\_\_ Guilty

Scott W. Beynon:  _____ Not Guilty

\_\_✓\_\_ Guilty

Jordan S. Nelson:  _____ Not Guilty

\_\_✓\_\_ Guilty

**COUNT 14**: Wire Fraud, in violation of 18 U.S.C. § 1343 (October 9, 2018, Wire Transfer of approximately $178,660.06 for Independence, Ohio property by Investors N.M. & A.M.)

Christopher J. Ashby:

_____ Not Guilty

___✓___ Guilty

Scott W. Beynon:

_____ Not Guilty

___✓___ Guilty

Jordan S. Nelson:

_____ Not Guilty

___✓___ Guilty

**COUNT 15**: Wire Fraud, in violation of 18 U.S.C. § 1343 (October 31, 2018, Wire Transfer of approximately $185,179.37 for Independence, Ohio property by Investors R.A. & A.A.)

Christopher J. Ashby:

_____ Not Guilty

___✓___ Guilty

Scott W. Beynon:

_____ Not Guilty

___✓___ Guilty

Jordan S. Nelson:

_____ Not Guilty

___✓___ Guilty

**COUNT 16**: Wire Fraud, in violation of 18 U.S.C. § 1343 (August 28, 2018, Wire Transfer of approximately $398,499.50 for Toledo, Ohio property by Investors T.K. & D.K.)

Christopher J. Ashby:                           _____ Not Guilty

                                               \_\_✓\_\_ Guilty

Scott W. Beynon:                               _____ Not Guilty

                                               \_\_✓\_\_ Guilty

Jordan S. Nelson:                              _____ Not Guilty

                                               \_\_✓\_\_ Guilty

**COUNT 17**: Wire Fraud, in violation of 18 U.S.C. § 1343 (August 29, 2018, Wire Transfer of approximately $203,347.76 for Toledo, Ohio property by Investors D.S. & R.S.)

Christopher J. Ashby:                           _____ Not Guilty

                                               \_\_✓\_\_ Guilty

Scott W. Beynon:                               _____ Not Guilty

                                               \_\_✓\_\_ Guilty

Jordan S. Nelson:                              _____ Not Guilty

                                               \_\_✓\_\_ Guilty

**COUNT 18**: Wire Fraud, in violation of 18 U.S.C. § 1343 (October 9, 2018, Wire Transfer of approximately $1,503,011.05 for Toledo, Ohio property by Investors N.M. & A.M.)

Christopher J. Ashby:

_____ Not Guilty

\_\_✓\_\_ Guilty

Scott W. Beynon:

_____ Not Guilty

\_\_✓\_\_ Guilty

Jordan S. Nelson:

_____ Not Guilty

\_\_✓\_\_ Guilty

DATED this _15_ day of May, 2026.

_____
FOREPERSON